UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO DELGADO,

        Plaintiff,

  v.

BANK OF AMERICA CORP.,
COUNTRYWIDE HOME LOANS,
INC., RECONTRUST COMPANY;
and DOES 1-50,

        Defendants.

NO. 2:09-cv-01932-MCE-KJM

**ORDER**

----oo0oo----

The Complaint in this matter is brought on behalf of Plaintiff Fernando Delgado, a resident of Kern County, California. (Compl., ¶ 1). Plaintiff makes various claims with regard to the promissory note and deed of trust on certain real property located in Kern County, California. (Id. at ¶¶ 8-10). Defendants, companies involved in the aforesaid mortgage transactions, are alleged to have been doing business within the County of Kern within all times relevant to Plaintiff's Complaint. (Id. at ¶¶ 2-4).

1

Kern County is part of the Fresno Division of the United States Court for the Eastern District of California. See Local Rule 3-120(b). This action was originally brought in Kern County. On July 15, 2009, Defendants removed the matter to the Sacramento Division[1] of this court, alleging diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

Pursuant to Local Rule 3-120(f), any civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. The instant case was improperly removed to Sacramento, rather than Fresno. Therefore this action will be transferred to the Fresno Division of the court. All currently pending motions in this matter (Docket Nos. 5, 6 and 18) are DENIED, without prejudice to being refiled in Fresno following transfer. Finally, Plaintiff's Ex Parte Application for an Order Shortening Time for the hearing on his Motion to Strike (Docket No. 17) is DENIED as moot.

IT IS SO ORDERED.

Dated: September 15, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] While the caption to the Notice of Removal lists the "Bakersfield Division" of this court, the matter was nonetheless removed to Sacramento.

2