# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DELGADO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA CORP., ) <br> COUNTRYWIDE HOME LOADS, INC., ) <br> RECONSTRUCT COMPANY, and ) <br> DOES 1-50, ) <br> ) <br> Defendants. ) <br> _____ ) | NO. 1:09-CV-01638-AWI-DLB <br><br> ORDER VACATING <br> NOVEMBER 30, 2009 HEARING <br> DATE AND TAKING MATTER <br> UNDER SUBMISSION |

   Defendants' motion to dismiss has been set for hearing in this case on November 30, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

   The court is cognizant of the pending motion to remand before Magistrate Judge Dennis L. Beck. In light of this pending motion, the court will await Judge Beck's decision prior to issuing its decision on the motion to dismiss.

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 30, 2009, is VACATED, and the parties shall not appear at that time. As of November 30, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 23, 2009           /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE