IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DELGADO, ) | 1:09cv01638 AWI DLB |
| ) | |
| ) | ORDER TO SHOW CAUSE WHY |
| Plaintiff, ) | ACTION SHOULD NOT BE DISMISSED |
| ) | |
| vs. ) | |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff Fernando Delgado filed the instant action on May 28, 2009, in Kern County Superior Court. The complaint named Bank of America Corporation, Countrywide Home Loans, Inc., ReconTrust Company N.A. and Does 1 through 50.

On July 15, 2009, Defendants removed the action to the Sacramento Division of this court. On September 16, 2009, the action was transferred to the Fresno Division of this court.

On September 16, 2009, the Court issued civil new case documents. The civil new case documents included an Order Setting Mandatory Scheduling Conference for December 8, 2009.

On December 8, 2009, Plaintiff failed to appear for the Mandatory Scheduling Conference. Plaintiff's counsel also failed to file a status report jointly with Defendants.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should not be dismissed for failure to appear at the mandatory scheduling conference and for failure to

1

1  prepare a joint scheduling report.

2      IT IS HEREBY ORDERED by the Court that Plaintiff's counsel appear in person on
3  December 31, 2009, at 9:00 a.m. in Courtroom 9 of the above-entitled Court, located at 2500 Tulare
4  Street, Fresno, California, to show cause, if any there be, why this action should not be dismissed for
5  failure to appear and failure to prepare a joint scheduling report.  <u>Failure to do so will result in a
6  recommendation that this action be dismissed for failure to follow the Court's orders.</u>

7  IT IS SO ORDERED.

8      **Dated:   December 10, 2009**               /s/ **Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE