IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FERNANDO DELGADO, | ) | 1:09cv01638 AWI DLB |
| | ) | |
| | ) | ORDER DISCHARGING ORDER |
| | ) | TO SHOW CAUSE |
| Plaintiff, | ) | (Document 39) |
| | ) | |
| vs. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

On December 11, 2009, the Court issued an order directing Plaintiff Fernando Delgado's counsel to appear in person and show cause why the action should not be dismissed for failure to appear at the mandatory scheduling conference and failure to prepare a joint scheduling report. The matter was heard on December 31, 2009, before the Honorable Dennis L. Beck, United States Magistrate Judge. Robert Buscho, Plaintiff's counsel, appeared at the hearing. C. Charles Townsend appeared telephonically on behalf of Defendants.

At the hearing, Plaintiff's counsel indicated that the scheduling conference may not have been calendared when the matter was transferred from Sacramento to the Fresno Division of this Court. Counsel for the parties also expressed interest in settlement discussions.

Based on the above, the order to show cause is DISCHARGED. The parties shall notify the

1

1  Court on or before January 8, 2009, if they would like to schedule a settlement conference or they
2  intend to participate in mediation.
3     IT IS SO ORDERED.
4     **Dated:     December 31, 2009**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE

2