IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DELGADO,             ) | NO. 1:09-CV-1638-AWI-DLB |
|                               ) | |
| Plaintiff,       ) | ORDER REQUIRING |
|                               ) | PLAINTIFF TO FILE |
| v.                            ) | DISMISSAL MOTION AND |
|                               ) | SETTLEMENT DOCUMENTS |
| BANK OF AMERICA CORP.,        ) | BY APRIL 26, 2010 BEFORE |
| COUNTRYWIDE HOME LOANS INC., ) | 4:00 P.M. |
| RECONSTRUCT COMPANY, AND      ) | |
| DOES 1-50,                    ) | |
|                               ) | |
| Defendants.      ) | |
| _____) | |

   On March 2, 2010, Plaintiff Fernando Delgado ("Plaintiff") filed a notice of settlement. Plaintiff informed the court that settlement documents, including a dismissal of the action with prejudice, would be filed before April 5, 2010.  See Doc. No. 45.  Plaintiff has not filed any dispositional documents with the court.  Pursuant to Local Rule 160, Plaintiff must file dispositional documents within 21 days from the date of filing a notice of settlement.  Plaintiff has not timely filed his settlement and dismissal documents in compliance with L.R. 160.

   The court will order Plaintiff to file his settlement documents and motion pursuant to Rules 41(a)(1)(ii) or 41(a)(2) by April 26, 2010 before 4:00 p.m.

   The court forewarns Plaintiff that the failure to file dispositional papers on the date prescribed by the court may be grounds for sanctions.  See L.R. 160.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is ordered to file a motion pursuant to Rules 41(a)(1)(ii) or 41(a)(2) by April 26, 2010 before 4:00 p.m.; and

2. A hearing on the order to show cause will be held on May 3, 2010, at 3:00 p.m. in Courtroom 2.[1]

IT IS SO ORDERED.

Dated:    April 12, 2010                         /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Depending on the Plaintiff's filings, this hearing may be unnecessary.

2